**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

PINNOCK v. MARIMAC MANAGEMENT                    Case No. 06cv1817 JM(RBB)
                                                              **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                       Rptr.

                              Attorneys
        Plaintiffs                              Defendants

PROCEEDINGS:     ___ In Chambers     ___ In Court     ___ Telephonic

Defendants' Ex Parte Application to Continue Early Neutral Evaluation Conference or Alternatively to Convert it to a Preliminary, Attorneys-Only Telephonic Proceeding [doc. no. 6] is granted in part and denied in part.

The early neutral evaluation conference on February 14, 2007, at 8:30 a.m. will be an in-person, attorneys-only conference.

DATE: February 13, 2007       IT IS SO ORDERED:  *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Miller                            INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\1983\PINNOCK1817\MINUTE01.WPD