**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.   Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

FILED
2007 AUG -7 AM 11:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ dp _____DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br>　　　　　　Plaintiffs,<br>v.<br><br>MARIMAC MANAGEMENT, INC., d.b.a. RANCHO SOLANA PET SPA; GLORIA VALDEZ d.b.a. CHAMELEON SALON a.k.a. CHAMELEON FINE FAUX & BEAUTY; D & R LEVY ENTERPRISE, INC., d.b.a. THE UPS STORE; DAVID R. MARTIN TRUST; ROBIN S. MARTIN TRUST; And DOES 1 THROUGH 10, Inclusive<br>　　　　　　Defendants. | Case No.:  .: 06CV1817 JM (RBB)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///
///
///

1   Case Number: 06cv1817 JM (RBB)

Document Date: June 14, 2007

IT IS HEREBY ORDERED, pursuant to the Joint Motion For Dismissal on file herein, that MARIMAC MANAGEMENT, INC., d.b.a. RANCHO SOLANA PET SPA; GLORIA VALDEZ d.b.a. CHAMELEON SALON a.k.a. CHAMELEON FINE FAUX & BEAUTY; D & R LEVY ENTERPRISE, INC., d.b.a. THE UPS STORE; DAVID R. MARTIN TRUST; ROBIN S. MARTIN TRUST, DAVID AND ROBIN MARTIN TRUST, MARILYN STULTZ, and the CITY OF SOLANA BEACH are dismissed with prejudice from Plaintiffs' Complaint. Additionally, Plaintiffs Complaint is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: 8/3/07

HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT COURT JUDGE

Document Date: June 14, 2007